FILED
FEB 2 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

LODGED
FEB 24 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1 | Richard A. Beshwate, Jr. #179782
Attorney at Law
2 | 2014 Tulare Street  Suite 414
Fresno, California 93721
3 | Telephone: (559) 266-5000

4 | Attorney for Defendant, WALTER KEMIC

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )  CASE NO. 1:05-CR-00525-OWW
                                     )
            Plaintiff,               )  **SUBSTITUTION OF ATTORNEYS**
                                     )  **AND ORDER**
vs.                                  )
                                     )  Date:
WALTER KEMIC,                        )  Time:
                                     )  Dept:
            Defendant.               )
_____)

        I, WALTER KEMIC, hereby appoint and substitute as my attorney of record RICHARD A. BESHWATE, JR, in place of _Victor Chavez_____, in the above-entitled matter.

DATED: 2/22/06              X_____
                                   WALTER KEMIC

        I consent to said substitution.

DATED: 2/24/06              _____
                                   Victor M. Chavez

        I accept said substitution.

DATED: 2-22-06              _____
                                   RICHARD A. BESHWATE, JR.

                            It is so Ordered. Dated: 2-28-06

                            _____
                            United States District Judge