RICHARD A. BESHWATE, JR.
Attorney at Law
2014 Tulare Street, Suite 414
Fresno, California 93721
(559) 266-5000

Attorneys for Defendant
WALTER KEMIC

LODGED
MAR 10 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
MAR 1 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER KEMIC, et al.,<br><br>Defendants. | NO. 1:05-CR-00525 OWW<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>SPEEDY TRIAL ACT EXCLUSION<br>(18 U.S.C. 3161 (h)(8)(A)(B)) |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective attorneys that the hearing currently set for March 14, 2006, be continued to **MARCH 27, 2006, at 10:00 a.m.**.

This stipulation is necessary to ensure continuity of counsel since Attorney Richard A. Beshwate, Jr. has only recently been retained by Mr. Kemic and has just recently received a great volume of discovery regarding this matter.

Since sufficient time for review and analysis of discovery and preparation for the hearing are essential for the adequate representation of my client, I am requesting a continuance of the hearing in the matter of UNITED STATES v WALTER KEMIC, ET AL., to MARCH 27, 2006, at 10:00 am.

28

1     To that end, Defendant, by and through his counsel, hereby enters into a general time

2 waiver and agrees to waive time pursuant to the Speedy Trial Act, 18 US 3161 (h)(8)(A)(B).

5 Dated: __March 8, 2006__       SCOTT W. McGREGOR
    United States Attorney

8      By___/s/ David Gappa_____
    DAVID L. GAPPA
    Assistant U.S. Attorney

11 Dated: __March 8, 2006__       ____/s/ Richard A. Beshwate, Jr.____
    RICHARD A. BESHWATE, JR.
    Attorney for Defendant
    WALTER KEMIC

### O R D E R

15     Having read and considered the foregoing, the Court hereby orders that the hearing in the above captioned matter be continued from March 14, 2006, to **MARCH 27, 2006**, at 10:00 a.m.

18 Dated: _3-13-06_      _____
    HONORABLE OLIVER W. WANGER
    U. S. District Court Judge