1   PHILLIP A. TALBERT
    United States Attorney
2   DAVID L. GAPPA
    Assistant United States Attorney
3   2500 Tulare Street
    Suite 4401
4   Fresno, California 93721
    Telephone: (559) 497-4000
5   Facsimile: (559) 497-4099

6
7   Attorneys for Plaintiff
    United States of America

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  1:05-CR-00525-JLT

12                        Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                             TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                  v.                        FINDINGS AND ORDER

14  WALTER KEMIC,                             PROPOSED DATE: March 22, 2023
                                             TIME: 1:00 p.m.
15                        Defendant.          COURT: Hon. Erica P. Grosjean

16

17          This case is scheduled for a status conference on January 11, 2023, but the parties have agreed to

18  move this hearing to March 22, 2023.  On May 13, 2020, this Court issued General Order 618, which

19  suspended all jury trials in the Eastern District of California "until further notice."   Under General

20  Order 618, a judge "may exercise his or her authority to continue matters, excluding time under the

21  Speedy Trial Act with reference to the court's prior General Order 611 issued on March 17, 2020 . . .

22  with additional findings to support the exclusion in the Judge's discretion."  General Order 618, ¶ 6

23  (E.D. Cal. May 13, 2020).  In addition, any judge "may order case-by-case exceptions" to General Order

24  618's provisions "at the discretion of that Judge or upon the request of counsel, after consultation with

25  counsel and the Clerk of the Court to the extent such an order will impact court staff and operations."

26  General Order 618, ¶ 7 (E.D. Cal. May 13, 2020).  The court issued General Order 655 on September

27  20, 2022, which found that public health conditions had not improved significantly and justified an

28  additional ninety-day extension of previous orders related to court proceedings.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, accordingly stipulate as follows:

1.    By previous order this matter was set for a status conference hearing on January 11, 2023.  The Court more recently has invited a continuance of this hearing if counsel do not believe that anything substantial can be accomplished at the currently scheduled hearing.

2.    By this stipulation, the parties agree that the next status conference be scheduled for March 22, 2023.

3.    The parties agree, and request that the Court find the following:

a)    A continuance is required to permit newly-appointed counsel to review discovery that has been provided.  Counsel also needs time to consult with the defendant on how the defendant wishes to proceed with this case.

b)    The government does not object to the continuance and joins in the request.

c)    In addition to the public health concerns cited by General Orders 611, 612, 617 and 655 presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because counsel or other relevant individuals have been encouraged to telework and minimize personal contact to the greatest extent possible.  It will be difficult to avoid personal contact should the hearing proceed.  For these reasons, the court has encouraged the parties to enter this stipulation.

d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant.

4.    Nothing in this stipulation and order shall preclude a finding that there is additional good cause for the continuance.

IT IS SO STIPULATED.

Dated:  January 5, 2023

PHILLIP A. TALBERT
United States Attorney


 /s/ David Gappa
DAVID L. GAPPA
Assistant United States Attorney

Dated:  January 5, 2023                              /s/ DARYL YOUNG
                                                     DARYL YOUNG
                                                     COUNSEL FOR
                                                     WALTER KEMIC

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:05-CR-00525-JLT

                        Plaintiff,         FINDINGS AND ORDER
12

13                  v.                     PROPOSED DATE: March 22, 2023
                                           TIME: 2:00 p.m.
14  WALTER KEMIC,                          COURT: Hon. Erica P. Grosjean

                        Defendant.
15

16

17                          **FINDINGS AND ORDER**

18          For the reasons stated in the parties' stipulation, the status conference is continued to March 22,

19  2023, at 2:00 pm before the duty magistrate judge.  As this is a supervised release violation proceeding,

20  the Speedy Trial Act does not apply.

21  IT IS SO ORDERED.

22

23      Dated:   **January 6, 2023**          /s/ _Erica P. Grosjean_
                                           _____
24                                         UNITED STATES MAGISTRATE JUDGE

25

26

27

28