1  DARRYL E. YOUNG, BAR #255894
   Attorney at Law
2  650 West 20th Street
   Merced, California, 95340
3  Telephone: (209) 354-3500
   Facsimile: (209) 354-3502
4

5  Attorney for Defendant Walter Kemic

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | No. 1:05-CR-00525
12 |            Plaintiff,             |
13 |                                    | **MOTION TO TERMINATE CJA APPOINTMENT OF WALTER KEMIC AS ATTORNEY OF RECORD AND [~~PROPOSED~~ ORDER]**
14 |     v.                            |
15 | WALTER KEMIC,                     |
16 |            Defendant.             |
17

18

19     On December 12, 2022, Defendant Walter Kemic was charged with violation of petition

20 for supervised release. CJA Panel Attorney Darryl Young was appointed as trial counsel to

21 represent Mr. Kemic on December 29, 2022 in his criminal case. Mr. Kemic was sentenced on

22 April 10, 2023. The time for filing a direct appeal was April 28, 2023. No direct appeal was filed.

23 Mr. Kemic was in custody at sentencing. The trial phase of Mr. Kemic's criminal case has,

24 therefore, come to an end. Having completed his/her representation of Mr. Kemic, CJA attorney

25 Young now moves to terminate his/her appointment under the Criminal Justice Act.

26     Should Mr. Kemic require further legal assistance he/she has been advised to contact the

27 Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

28

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: May 29, 2023                                          Respectfully submitted,

                                          /s/Darryl Young
                                          Attorney's Name, Attorney for
                                          Defendant, Defendant's Name

## [~~PROPOSED~~] ORDER

Having reviewed the notice and found that attorney Young has completed the services for which he was appointed, the Court hereby grants attorney Young's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Walter Kemic at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Fresno County Jail
1225 M St.
Fresno, California, 93721

IT IS SO ORDERED.

Dated:   **May 30, 2023**                                    _/s/ Jennifer L. Thurston_
                                                              UNITED STATES DISTRICT JUDGE